# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JON ANN CROMYAK, | : | No. 3:17cv1076 |
| Plaintiff | : | |
| | : | (Judge Munley) |
| v. | : | |
| | : | |
| CONEWAGO POTTSVILLE, and | : | |
| FIRETREE, LTD and CHARLES | : | |
| FRITZ, | : | |
| Defendants | : | |

## ORDER

**AND NOW**, to wit, this 25th day of October 2017, it is **HEREBY ORDERED** as follows:

1. Count I, Count II, and Count IV of plaintiff's complaint are deemed **WITHDRAWN**;

2. Count III is **DISMISSED** without prejudice to plaintiff; and

3. The Clerk of Court is directed to **CLOSE** this case.

                                                **BY THE COURT:**

                                                **s/ James M. Munley**_____
                                                **JUDGE JAMES M. MUNLEY**
                                                **United States District Court**